IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAFRON HUOT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

17-cv-540-wmc

v.

MONTANA STATE DEPARTMENT
OF CHILD AND FAMILY SERVICES, et al.,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 10/19/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |